# IN THE SUPREME COURT OF THE STATE OF NEVADA

JENDRI PEREZ-THOMAS, A/K/A
JENDRI JESUS PEREZ,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81485

FILED

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant filed a notice of appeal on July 13, 2020. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the judgment of conviction entered on February 25, 2020, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-29117

cc: Hon. Stefany Miley, District Judge
Jendri Perez-Thomas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk